UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ALABAMA D/B/A UAB HOSPITAL, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ALEX M. AZAR II, Secretary of Health and Human Services, <br><br> Defendant. | No. 1:20-cv-0674-RC |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Please take notice that Elizabeth N. Swayne should be removed as counsel for plaintiffs in this matter. Elizabeth N. Swayne is no longer with firm of King & Spalding LLP and will no longer represent plaintiffs in this matter. Mark D. Polston and Christopher P. Kenny of King & Spalding LLP will continue to represent plaintiffs in this matter.

Respectfully submitted,

By: /s/ Elizabeth N. Swayne
Elizabeth N. Swayne (D.C. Bar No. 1029380)
Mark D. Polston (D.C. Bar No. 431233)
Christopher P. Kenny (D.C. Bar No. 991303)
KING & SPALDING LLP
1700 Pennsylvania Ave. NW
Washington, D.C. 20006
Tel: (202) 737-0500
Fax: (202) 626-3737
Email: eswayne@kslaw.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 9th day of April, 2020, I caused the foregoing to be filed with the Court electronically using the CM/ECF system, which will send a notification to all counsel of record, effecting service on them.

      /s/ Elizabeth N. Swayne
      Elizabeth N. Swayne